# UNITED STATES DISTRICT COURT

**District of** _____

Antonio Spicer (Pro Se)
Plaintiff

V.

Hampden County Sheriff
Micheal J. Ashe/medical dental Dept.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-30114-KPN

I, Antonio Spicer _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☑ Yes      ☐ No      (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Hampden County Jail
   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?      ☐ Yes      ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment      ☐ Yes      ☑ No
   b. Rent payments, interest or dividends               ☐ Yes      ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes      ☑ No
   d. Disability or workers compensation payments       ☐ Yes      ☑ No
   e. Gifts or inheritances                              ☐ Yes      ☑ No
   f. Any other sources                                  ☐ Yes      ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

4-_-05                    antonio W B Spicer
_____              _____
    Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                    KEEFE COMMISSARY NETWORK SALES
                    P.O. BOX 17490
                    ST LOUIS, MO 63178-7490

AME: SPIDER  ANTONIO
NBR: 00011380J                                         ORDER DATE:     4/25/05
OCK: A2        TIER: 021      CELL:                    ORDER NBR:      17547
ITE: HAMPDEN COUNTY JAIL COMMISSARY       29324J 001   CPR NBR:        67099  1
                                                       SEG FUND BAL:   11.20
                                                       PAGE:           1

OER   SITE:          KEEFE
QTY   ITEM#          ITEM#      ITEM DESCRIPTION               ITEM      TOTAL
  2   3245           84708      SL DUNKING STICKS 6/BOX        PRICE     PRICE
  4   6007            8018      CAJUN CHICKEN RAMEN            1.65      3.30
  1   6050           87511      7OZ RICE ZIPPER                 .43      1.72
  1   6105           85102      BBQ POTATO CHIPS 1.0 OZ        1.10      1.10
  2   6125           85105      HOT CHIPS 1.5 OZ                .55       .55
  1   6126           85103      SOUR CREAM ONION 1.5 OZ         .55      1.10
  4   6320            8271      BEEF & CHEESE STICK             .55       .55
                                                                .46      1.84
                                                    SUB-TOTAL           10.16

                                                    SALES TAX             .00

                                                    ORDER TOTAL         10.16

                                                    FUND BALANCE         1.04


ST SHORTAGES AND/OR DAMAGES HERE:
EM#       QUANTITY     CATEGORY/DESCRIPTION
```

GNED _____ DATE _____

TNESSED BY _____ DATE _____