# United States District Court
## District of Massachusetts

| | |
|---|---|
| ANTONIO SPICER, )<br>    Plaintiff  )<br>          )<br>  v.        )<br>           )<br>HAMPDEN COUNTY SHERIFF )<br>MICHAEL J. ASHE, et al.,   )<br>    Defendants ) | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br><br><br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

  ☒   The clerk is directed to file the complaint.

  ☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

ENTERED on  May 20, 2005 .

                    /s/ Kenneth P. Neiman
                    KENNETH P. NEIMAN
                    U.S. Magistrate Judge