UNITED STATES DISTRICT COURT OF MASSACHUSETTS

Plaintiff,

Antonio Spicer Pro Se.

v.

Hampden County Jail
Sheriff Micheal J. Ashe
And Dental Department
Defendants'

Civil action No. _____

CA 05-30114-MAP

## Parties

① Plaintiff Antonio Spicer, is a resident of Hampden County and a citizen of the united states.

② The defendant Hampden County Jail/sheriff Micheal J. Ashe and Dental Department are residents of Hampden county and citizens of the united states.

③          Jurisdiction

This court has Jurisdiction over this matter pursuant to 42 USC § 1983.

## complaint

4) On 3-16-05 Plaintiff submitted a request to the Hampden county jail dental dept. (where plaintiff is being detained). Plaintiff requested emergancy attention for extreme pain in the teeth.
Plaintiff's request was stated as followed:
"I am in extreme pain, I need immediate medical/dental attention". "I have a hole in my tooth, and it has become abscessed". "I need to see a dentist"!

5) Plaintiff received request from dental dept. on 3-18-05 stating that plaintiff was approved for a dental appointment on 4-1-05.

6) The duration of time between requesting emergancy dental care and actually seeing a dentist was two weeks.

7) Plaintiff did not recieve any pain medication in the while two weeks, even after complaining to the dentist of the pain and receiving no pain medication

8) out of desperation, plaintiff wrote to the medical dept. and went to sick call several times in order to obtain relief from pain, but received no pain medication from dental or medical dept.

9) finally on 4-1-05 plaintiff goes to his dental appointment Plaintiff explained to dentist that plaintiff was in extreme pain.

10) Dentist tells plaintiff (after examination) that plaintiff needs root canals and fillings and also has cavities

11. Plaintiff tells dentist that plaintiff is in severe pain. The dentist response to plaintiff was quote "your exam is over". The dentist then said "There are 2000 inmates here that have dental problems".

12. The dentist sends plaintiff off with no pain medication. At this time plaintiff is bewildered at the fact that the dentist did not prescribe any pain medication.

13. The dentist (known as Frank) simply stated to plaintiff "Go back to your pod". Plaintiff then asked dentist when his teeth would be fixed. The dentist told plaintiff that it could take 2 to 3 months before any work will be done.

14. Dentist tells plaintiff he's not the only inmate with pain.

15. On top of the fact that the dentist denied plaintiff pain medication the dentist also said that no work will be done until 2 to 3 months.

16. At this time plaintiff has an emergency dental issue and the issue is not being attended to.

17. Plaintiff clearly exhausted every avenue available to him in order to obtain treatment. And or relief from pain with no positive results.

18. By the time the defendants finally prescribed plaintiff motrin for pain, the adequacy of prison officials responses to the known medical need of plaintiff had exceeded 16 days.

19. The duration of time was a definate delay from plaintiff's first request.

20. The motrin that has been prescribed to plaintiff is not effective any more. Plaintiff is back to square one. Plaintiff is in extreme pain.

<u>complaint</u>

21.) Professional Judgement was not exercised on 4-1-05, when plaintiff went to dental.
It is apparent that plaintiff was pain because the x-rays indicate the dental problems.

22.) Plaintiff's verbal communication to dentist regarding plaintiff's pain was ignored diliberately.

23.) Do to plaintiff's persistance in writing request after request to medical/dental. Plaintiff was called back to dental on 4/12/05 or 4/13/05. where plaintiff was harrasied by dental supervisor.

24.) The dental supervisor stated to plaintiff, quote "why do you keep writing these stupid requests". "Don't you think we know your in pain"! "Do you think your special"! "Don't you realize that that we have 2000 other inmates here who are hurting"!
Then she proceeded to call plaintiff a "baby".

25.) Then she (supervisor) looked at the dentist and said the plaintiff was refusing treatment. The dentist tried to get plaintiff to sign a form that stated, that plaintiff was refusing treatment.

26.) Plaintiff told supervisor, plaintiff is not signing anything. Because I'm not refusing treatment. The medical supervisor said "Your not going to sign"? Plaintiff said NO!. So, the medical supervisor left the room and when she came back, there were 3 officers with her. They asked plaintiff if he had a problem. Plaintiff said "No problem". Plaintiff explain to officers what happened. The officers walk plaintiff out of the building. Basically the dentist got angry at the fact that plaintiff refused to comply with the dentists inept proiedures.

<u>continued complaint</u>

27.) Upon returning to my unit. The unit officer said that plaintiff was "Deadlocked" to his cell pending disciplinary infraction. The dental supervisor accused plaintiff of calling her a bitch. The dental supervisor then fabricated said infraction and made up a story to get plaintiff in trouble for an offense that never transpired.

28.) The next day plaintiff was given a disciplinary infraction for "disobeying a direct order", "creating a disturbance" "interferring with staff" and "The use of foul language". Plaintiff's hearing was conducted and he was found guilty of two charges; Interferring with staff and creating a disturbance. Plaintiff did not do any of the things that the dental supervisor accused him of. Plaintiff was thrown in solitary confinement

29.) This is clearly an abuse of authority and systematic harrassment. It is obviously frowned upon at Hampden County Jail for any inmate to express his constitutional right to receive adequate dental/medical attention.

30.) Plaintiff's expression made the defendants angry and defendants made an example out of him. If an inmate excercises his rights, the inmate is penalized for doing so.

31.) Plaintiff is afraid to seek medical/dental attention now for fear of being punished for it, or set up with an erroneous infraction, or worse.

31.) Plaintiff is still in continues pain. Plaintiff's has been in pain from the begining of entering this Jail until the present, aproximately two months. <u>PLAINTIFF STATEMENT</u>

A message needs to be sent to Hampden County Jail's medical/dental staff that this type of misconduct stated in this complaint will not be tolerated. And that the future inmates of Hampden county Jail are given adequate medical/dental attention and care.

continued complaint

### (32.) Damages

Plaintiff has suffered from: Pain, no sleep, trouble eating, headaches, mental anguish, mental stress, false accusations, thrown in solitary confinement, humiliated and belittled. Also lied against.

### (33.) Relief Sought

Plaintiff seeks monetary and compensatory damages awarded to plaintiff for the sum of $250,000 (two hundred, fifty thousand dollars.) in American currency, which includes punitive as well. Plaintiff wishes to sue defendants in their official capacity and individual capacity.

Plaintiff humbly demands trial by jury.
Wherefore plaintiff seeks damages against the defendant for said violations. And any other relief this court may deem just and proper.

### Defendants
Hampden County Jail
Sheriff Micheal J. Ashe
+ Dental Dept.
627 Randall Road
Ludlow    MA, 01056

### Plaintiff
Respectfully Submitted
Sign _Antonio W B Spicer_
Print _Antonio WB Spicer_ Pro Se
Date 4/29/05

Antonio Spicer Pro Se
629 Randall Road
Ludlow    MA, 01056

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Antonio Spicer (Pro Se)

## DEFENDANTS
Hampden County Jail Sheriff Micheal J. Ashe/Medical/Dental Dept.

(b) County of Residence of First Listed Plaintiff: **Hampden County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Hampden**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): N/A

Attorneys (If Known): N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **cruel + usual punishment**
Brief description of cause: **Denied medical attention for pain**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ **250,000** two hundred fifty thousand
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE N/A    DOCKET NUMBER

DATE: 4/28/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Antonio Spiller v. Sheriff Hampden County Micheal J. Ashe/medical/Dental Dept.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

    ✓ III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, (360), 362, 365, 370, 371,
              380, 385, 450, 891.

    ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                YES ☒    NO ☐

    A.   If yes, in which division do all of the non-governmental parties reside?
         Eastern Division ☐     Central Division ☐     Western Division ☒

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
         Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

Coversheetlocal.wpd - 10/17/02