United States District Court
District of Massachusetts

Antonio Spicer,
          Plantiff,

v.

Hampden County Jail
Sheriff Micheal J. Ashe
And dental department
          Defendants

United States District Cour
No. 05-30114-KPN

Motion for Appointment of Counsel

Now, here comes the plantiff, Antonio Spicer, and he is asking of this Honorable Court for Appointment of counsel. Even though there is no right to counsel in civil matters, the plaintiff requests counsel to be appointed for the following reasons;

1) The plaintiff is a lay person and inexperienced and has no knowledge when it comes to matters of law and litigation.

Page 2.

2.) The plaintiff's Constitutional and Civil Rights have in fact been violated by the defendants and because plaintiff can not afford counsel, that is no excuse for the defendants to be allowed to get away with their inexcusable actions.

3) To avoid unnecessary delays and not to waste valuable court time is clearly another reason to allow this motion.

4.) With the plaintiff's lack of knowledge and inexperience with the laws and civil litigation, it is highly unlikely for him to win without assistance of counsel. Not to mention the complexities of this action.

Page 3.

Wherefore, the plaintiff requests of this Honorable court to appoint counsel to assist him or even to just advise him in matters of law.

The plaintiff hopes and prays that this court will allow this motion.

Respectfully submitted

*Antonio Spicer*
Antonio Spicer, Pro Se
629 Randall Road
Ludlow, MA 01056
Dated 8-22-05