UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-30114-KPN

ANTONIO SPICER
PLAINTIFF
V.
HAMPDEN COUNTY JAIL, SHERIFF MICHAEL J. ASHE
AND DENTAL DEPARTMENT
DEFENDANTS

### DEFENDANT'S CERTIFICATION

Pursuant to the Notice of Scheduling Conference, dated August 19, 2005, defendants' counsel hereby affirms that he has conferred with the defendants regarding establishing a budget for the costs of conducting litigation and resolution through alternative dispute resolution procedures.

The Defendants
By Their Attorney

Edward J. McDonough, Jr., Esq. BBO# 331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

### CERTIFICATION

I hereby certify that the defendants and their counsel have conferred as stated above.

Michael J. Ashe, Jr.

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2006, I have caused the aforementioned document to be served on all parties to this action by mailing a copy of same first-class mail, postage prepaid to Antonio Spicer (pro se), 52 Willard Drive, Enfield, CT 06082.