UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-30114-KPN

ANTONIO SPICER
PLAINTIFF
V.
HAMPDEN COUNTY JAIL, SHERIFF MICHAEL J. ASHE
AND DENTAL DEPARTMENT
DEFENDANTS

### STATEMENT OF DEFENDANTS.

Pursuant to the Notice of Scheduling Conference, dated August 19, 2005, the defendants hereby propose the following Discovery Plan:

1. The parties will serve interrogatories and requests for production of documents no later than January 31, 2006.

3. The parties will serve notices of depositions and requests for admissions no later than February 28, 2006.

4. All depositions and other discovery will be completed no later than April 28, 2006.

5. Motions for Summary Judgment will be filed, if at all, by June 30, 2006.

6. Final Pretrial Conference, if necessary, shall be scheduled for July 31, 2006.

FOR THE DEFENDANTS,
By Their Attorney

_____
Edward J. McDonough, Jr., Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

I certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail / (by hand) on 9/22/05

_____
Attorney