UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONIO SPICER,            )
         Plaintiff    )
                             )
    v.                     )   Civil Action No. 05-30114-KPN
                             )
HAMPDEN COUNTY JAIL, et al., )
         Defendants   )

## ORDER
June 16, 2006

Plaintiff filed a complaint in the U.S. District Court on June 24, 2005. On September 23, 2005, the court held a hearing, at which Plaintiff did not appear. On October 3, 2005, the court was informed that Plaintiff was, as ordered by the court, participating in a residential treatment program in Bridgeport, Connecticut. As of this date, no further action has been taken in this matter.

Counsel shall file a written report with the Clerk's Office by the close of business on July 14, 2006, indicating the status of the instant matter. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

                          By:   /s/ Bethaney A. Healy
                               Bethaney A. Healy
                               Deputy Clerk