UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-30114-KPN

---

ANTONIO SPICER
PLAINTIFF
V.
HAMPDEN COUNTY JAIL, SHERIFF MICHAEL J. ASHE
AND DENTAL DEPARTMENT
DEFENDANTS

---

STATUS REPORT TO COURT.

Pursuant to the Order, dated June 16, 2006, counsel for the defendants hereby reports as follows:

1. The plaintiff filed his complaint on May 20, 2005.

2. The defendants filed their answer to plaintiff's complaint on July 20, 2005.

3. On September 23, 2005, counsel for the defendants appeared for a scheduling conference but plaintiff did not appear. He later reported to the court by phone that he experienced car trouble.

4. On October 23, 2005, counsel for the defendants appeared for a scheduling conference but plaintiff did not appear.

5. Counsel for the defendants has had no further contact from the defendant.

FOR THE DEFENDANTS,
By Their Attorney

_____
Edward J. McDonough, Jr., Esq.
BBO 331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

CERTIFICATE OF SERVICE

_____, hereby certify that on this 21st day of June, 2006, I have caused the aforementioned document to be served on all parties to this action by mailing a copy of same first-class mail, postage prepaid to Antonio Spicer (pro se), 52 Willard Drive, Enfield, CT 06082.